■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID JONES, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski, A.J.), rendered December 4, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree and burglary in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.